UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROSCOE BENTON**, <br><br> Plaintiff, <br><br> v. <br><br> **MERRICK GARLAND, ET AL.**, <br><br> Defendants. | 2:21-CV-11699-TGB-CI <br><br> HON. TERRENCE G. BERG <br> HON. CURTIS IVY, JR. <br><br> **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

Federal prisoner Roscoe Benton filed a *pro se* civil rights complaint, but failed to pay the filing fee or, alternatively, to apply in the manner required by law to proceed without prepayment of the filing fee. The Court issued an order requiring Plaintiff to submit the filing fee or to file the necessary papers to proceed in forma pauperis, *i.e.* a certified trust account statement and an affidavit of indigence as required by 28 U.S.C. § 1915(a)(2). ECF No. 3. The Court cautioned that failure to correct the deficiency within 30 days would result in dismissal of the case without prejudice. Plaintiff has failed to correct the deficiency in the time provided.

Accordingly, the case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: October 29, 2021

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE